# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2013

146555 & (15)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

    SC: 146555
    COA: 313458
    Wayne CC: 12-006153-FC

NICOLE SUSANNE ROBERTS,
    Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the January 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion for stay is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2013 _____

p0129

_____
Clerk